01
02
03
04
05
06

07                    UNITED STATES DISTRICT COURT
                     WESTERN DISTRICT OF WASHINGTON
08                              AT SEATTLE

09  JUNE CAROLE SMITH,                )
                                      )   CASE NO. C12-0943-JCC-MAT
10          Plaintiff,                )
                                      )
11          v.                        )
                                      )   REPORT AND RECOMMENDATION
12  MICHAEL ASTRUE,                   )
    Commissioner of Social Security,  )
13                                    )
            Defendant.                )
14  _____ )

15      Plaintiff brought this action to seek judicial review of the denial of his application for

16  Supplemental Security Income benefits by the Commissioner of the Social Security

17  Administration.  The parties have now stipulated that this case should be reversed and

18  remanded pursuant to sentence four of 42 U.S.C. § 405(g).  (Dkt. 17.)

19      Based on the stipulation of the parties, the Court recommends this case be REVERSED

20  and REMANDED for further administrative proceedings pursuant to sentence four of § 405(g).

21  The parties stipulate that, on remand, the Administrative Law Judge will:  (1) reassess the

22  severity of plaintiff's impairments; (2) give further consideration to the medical opinions of

REPORT AND RECOMMENDATION
PAGE -1

record, including the opinions of state agency physicians, and articulate what weight is given to each; (3) reevaluate step three of the sequential evaluation; (4) reevaluate plaintiff's residual functional capacity assessment; (5) reassess plaintiff's credibility; (6) reassess steps four and five with the assistance of a vocational expert, if necessary; and (7) consider any new evidence submitted.

Given the above, the Court recommends that United States District Judge John C. Coughenour immediately approve this Report and Recommendation and order the case REVERSED and REMANDED for further administrative proceedings. A proposed order accompanies this Report and Recommendation.

DATED this 1st day of November, 2012.

/s/ Mary Alice Theiler
Mary Alice Theiler
United States Magistrate Judge