THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JUNE CAROLE SMITH,<br><br>               Plaintiff,<br><br>   v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>               Defendant. | CASE NO. C12-0943-JCC<br><br>ORDER OF REMAND |

This matter comes before the Court on the parties' stipulated motion to reverse the decision of the Administrative Law Judge ("ALJ") and remand this case for further administrative proceedings (Dkt. No. 17), and the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, to grant the motion (Dkt. No. 18). It is hereby ORDERED:

    (1) The Court adopts the Report and Recommendation;

    (2) The Court REVERSES the ALJ's decision and REMANDS this case for further administrative proceedings consistent with the Report and Recommendation, pursuant to sentence four of 42 U.S.C. § 405(g); and

    (3) The Clerk shall direct copies of this order to all counsel and to Judge Theiler.

//

1    DATED this 5th day of November 2012.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER OF REMAND
PAGE - 2